7381/jlb

UNITED STATES DISTRICT COURT
Middle District of Florida
Ft. Myers Division

Case No. 2:10-CV-00528-JES/SPC

WILLIAM P. GRAWBADGER,

    Plaintiff,

vs.

GEORGE EMANOILIDIS, in his
individual & official capacity as
directing programs at Florida Civil
Commitment Center,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF COMPLIANCE WITH COURT'S ORDER DATED JUNE 20, 2011

COMES NOW the Defendant, GEORGE EMANOILIDIS, by and through undersigned counsel, and files this Notice of Compliance with Court's Order dated June 20, 2011 and states the following:

1. On June 20, 2011 this Court ordered this Defendant to respond to Plaintiff's Second Motion to Compel dated March 23, 2011 regarding Plaintiff's Demand for Documents dated January 26, 2011.

2. This Defendant has provided his First Supplemental Response to Plaintiff's Demand for Documents dated January 26, 2011 to Plaintiff on this date via US Mail.

Notice of Compliance with Court's Order dated June 20, 2011
Grawbadger v Emanoilidis
Case No. 2:10-CV-00528-JES/SPC
Page 2

        By   **s/Donald A. Chinquina**
            Donald A. Chinquina, Esquire
            Florida Bar No. 574384
            Attorneys for Defendant
            WIEDERHOLD & MOSES, P.A.
            560 Village Blvd., Suite 240
            West Palm Beach, Florida 33409
            561-615-6775; Fax: 561-615-7225
            Dchinquina@wmrfla.com

    I HEREBY CERTIFY that on this 1st day of July, 2011 I electronically filed the foregoing with the Clerk of the Middle District Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant: William P. Grawbadger, DC #991100, Florida Civil Commitment Center, 13619 SE Highway 70, Arcadia, FL 34266.

        By   **s/Donald A. Chinquina**
            Donald A. Chinquina, Esquire
            Florida Bar No. 574384
            Attorneys for Defendant
            WIEDERHOLD & MOSES, P.A.
            560 Village Blvd., Suite 240
            West Palm Beach, Florida 33409
            561-615-6775; Fax: 561-615-7225
            Dchinquina@wmrfla.com